IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :
CERTAINTEED FIBER CEMENT                  :          MDL NO. 11-2270
SIDING LITIGATION                         :

## DISCOVERY ORDER

Plaintiffs in the above captioned action, by and through Lead Counsel as designated by

this Court, and Defendant CertainTeed Corporation, hereby submit this agreed upon Revised

Discovery Order.

WHEREAS on April 4, 2011, this Court entered the parties' Proposed Case Management

Order as CMO No. 2 which consolidated four related cases filed in this Court; established a

protocol for the filing and docketing of additional cases and pleadings in the consolidated action;

provided for a discovery plan and pretrial disclosures; set a schedule for the commencement of

class certification briefing; and made other provisions for the efficient conduct of the litigation;

WHEREAS on May 11, 2011, this Court entered an Order designating lead counsel in the

consolidated action;

WHEREAS on May 13, 2011, Plaintiffs served their first set of written discovery

requests on CertainTeed, including interrogatories and requests for production;

WHEREAS on June 13, 2011, in accordance with the Orders previously entered by the

Court, Plaintiffs filed a Consolidated Amended Complaint governing the four related actions

filed in this Court, and the parties to these actions have made initial disclosures;

WHEREAS on or about March 25, 2011, CertainTeed commenced a rolling production

of documents, and has so far produced over 31,000 pages, including, *inter alia*, customer service



9-6-11
email sent

1

and warranty claim files, warranty materials, installation guides and product manuals, audit reports, and documents from CertainTeed's plants;

WHEREAS Plaintiffs' counsel has reviewed and coded a substantial portion of those documents;

WHEREAS on August 8, 2011, the Judicial Panel on Multidistrict Litigation entered an Order transferring to this Court three additional related actions that had been filed in other districts, for coordinated or consolidated pretrial proceeds before this Court;

WHEREAS on August 15, 2011, this Court entered an Order requiring the parties to submit an agreed upon revised discovery order in these actions;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    Plaintiffs shall file a Second Consolidated Amended Complaint covering all actions filed in or transferred to this district pursuant to the Order by the MDL Panel on or before September 30, 2011.

2.    On or before October 14, 2011, Plaintiffs who have not already done so shall serve their initial disclosures.

3.    Plaintiffs in any tag-along actions subsequently consolidated will serve initial disclosures within 30 days of consolidation.

4.    Counsel of record and the parties in the transferred actions may have access to the confidential documents produced by any party in this action, subject to and in accordance with the provisions of the Confidentiality Stipulation and Order entered in the case.

5.    All other dates set forth in the Case Management Plan and Discovery Order entered on April 4, 2011 shall remain the same, as set forth below:

| September 30, 2011 | Last day for Plaintiffs to file a Second Consolidated Amended Complaint. |
|---|---|
| October 31, 2011 | Last day for Defendant to file a Response to the Second Consolidated Amended Complaint. |
| April 6, 2012 | Last day for Plaintiffs to file: (1) expert report(s) on class certification; and (2) motion for class certification. |
| June 6, 2012 | Last day for Defendant to file: (1) expert report(s) on class certification; and (2) opposition to motion for class certification. |
| August 6, 2012 | Last day for Plaintiffs to file: (1) rebuttal expert report(s) on class certification; and (2) reply papers in support of motion for class certification. |
| At the convenience of the Court in September, 2012 | Hearing on motion for class certification. |
| 60 days after the Court's ruling on the motion for class certification | The Parties must submit a joint case management statement and proposed schedule. |

Respectfully submitted,


/s/ Anthony Vale
Anthony Vale, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000 - Telephone
(215) 981-4750 - Facsimile

*Counsel for Defendant*

/s/ H. Laddie Montague
H. Laddie Montague, Jr., Esquire
Shanon J. Carson, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-4656 - Telephone
(215) 875-4604 - Facsimile

Michael McShane, Esquire
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555 - Telephone
(415) 576-1776 - Facsimile

*Co-Lead Counsel for Plaintiffs*

**SO ORDERED:**

Dated: 9/6 , 2011

The Honorable Thomas O'Neill, Jr.