


MAR 1 2 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CertainTeed Fiber Cement Siding Litigation :
--------------------------------------------------------------- : MDL NO. 11-2270
This Document Relates to: All Actions :
--------------------------------------------------------------- :

## STIPULATION TO EXTEND DEADLINES IN CASE MANAGEMENT PLAN

Plaintiffs and Defendant CertainTeed Corporation, through their undersigned counsel, hereby stipulate and agree to extend the deadlines in the current Case Management Plan. The Parties stipulate that the time within which Plaintiffs must file their Second Consolidated Amended Complaint is extended from March 12, 2012 as set forth in the Court's January 11, 2012 approval of the Parties' prior stipulation, to May 11, 2012. The deadline for Plaintiffs who have not already served their initial disclosures is extended from March 26, 2012 to May 25, 2012. The Parties further stipulate to an extension in Defendant's time to file a response from April 12, 2012 to June 11, 2012. The Parties further stipulate to modify the additional dates set forth in the Case Management Plan and Discovery Order as follows:

| December 3, 2012 | Last day for Plaintiffs to file: (1) expert report(s) on class certification; and (2) motion for class certification. |
|---|---|
| February 4, 2013 | Last day for Defendant to file: (1) expert report(s) on class certification; and (2) opposition to motion for class certification. |
| April 3, 2013 | Last day for Plaintiffs to file: (1) rebuttal expert report(s) on class certification; and (2) reply papers in support of motion for class certification. |
| At the convenience of the Court in May, 2013 | Hearing on motion for class certification. |

| 60 days after the Court's ruling on the motion for class certification | The Parties must submit a joint case management statement and proposed schedule. |
|---|---|

The Parties seek this extension based on their ongoing settlement discussions.

/s/ H. Laddie Montague, Jr.
H. Laddie Montague, Jr.
Lawrence Deutsch
Shanon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
(215) 875-4656 – Telephone
(215) 875-4604 – Facsimile

/s/ Michael McShane
Michael McShane
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555 – Telephone
(415) 576-1776 – Facsimile


/s/ Arnold Levin
Arnold Levin
Charles E. Schaffer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 – Telephone
(215) 592-4663 – Facsimile

/s/ Charles J. LaDuca
Charles J. LaDuca
Brendan S. Thompson
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960 – Telephone
(202) 789-1813 – Facsimile

/s/ Ellen Meriwether

/s/ Anthony Vale
Anthony Vale
Robert L. Hickok
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000 – Telephone
(215) 981-4750 – Facsimile

*Attorneys for Defendant*

TNO'Neill
3/14/12
J.

Ellen Meriwether
Bryan L. Clobes
Cafferty Faucher, LLP
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(215) 864-2800 – Telephone
(215) 864-2810 – Facsimile

/s/ Jennifer W. Sprengel
Jennifer W. Sprengel
Cafferty Faucher, LLP
Chicago, IL 60602
(312) 782-4880 – Telephone
(312) 782-4485 – Facsimile

/s/ Robert K. Shelquist
Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S. Suite 2200
Minneapolis, MN 55401-2179
(612) 330-6900 – Telephone
(612) 339-0981 – Facsimile

*Attorneys for Plaintiffs*

Dated: March 12, 2012