Robert Kesilman
227 Old Church Rd.
North Wales, Pa 19454
Kman51572comcast.net
215-699-4290

Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
Byrne Federal Courthouse
601 Market Street
Philadelphia, PA 19106-1797

In Re:  CertainTeed Fiber Cement Siding Litigation, MDI, Docket No. 2270

To the Honorable Clerk of the Court:

    I object to the settlement in that it is not adequate.

    Specifically, I object to the "Percent Payable" schedule that has the effect of reducing the value of the settlement to 52% of the replacement value after six years of use. This is an indication that the life of this siding is approximately 12 years. I have not "enjoyed" the use of this product; I have endured it. With the proposed inadequate settlement, I am faced with the choice of either partially fixing my house, or what is even worse, actually having to buy additional boards (that CertainTeed will profit by) to completely fix my house. The ironic part of this settlement is that CertainTeed will likely make more money from it.
    CertainTeed advertises a warranty of 50 years for this product. I think it is wrong for them to be allowed to publically quote a 50-year life for this product but privately negotiate what amounts to a 12-year life for the product. In my opinion, if the amortization table is not changed, CertainTeed should be required to reduce their warranty to 12 years, which is apparently what they actually think is the true life for their product. Similar to the tobacco companies, they should also be required to very explicitly state in bold letters, next to the warranty life in any advertisement, that the warranty is only for their boards, and that it is a very small portion of an average installation.

    I'm also confused by the how/who/when/where of determining whether or not my siding will qualify. I have already filed a complaint against my warranty, and CertainTeed has already agreed that the siding on all sides of my house was defective. Do I have to go through that process (whatever that process will be) again?

    I will not ask to appear at the Final Approval Hearing.
    My address listed above is the only property that I have that has this siding.

Sincerely,

Robert Kesilman
CC: Audet & Partners, LLP
     Pepper Hamilton LLP