December 27, 2013


CertainTeed Corporation
PEPPER HAMILTON LLP
Robert L. Hickok, Esquire
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19102


Patti J Weber
12218 Club View Ct
Sturgis, SD 57785


*In re:  CertainTeed Fiber Cement Siding Litigation*, MDL Docket No. 2270

To Whom It May Concern,

This letter is written in regards to me being a Member of a Class Action Law suit against CertainTeed Corporation in which I object to the Percent Payable based on the Date of Original Installation.

My husband and I built our custom home with a move in date of December 7, 2007.  In researching different sidings, we chose CertainTeed Weatherboard Fiber Cement Siding based on their warranty stating   "You can feel confident that you have made a wise decision buying from a company that is an industry leader and stands behind its products with <u>strong warranty protection</u>".   "For more than 100 years, the origin of our name continues to be our ongoing philosophy – "Quality made <u>*certain*</u>, satisfaction guaran<u>*teed*</u>."

The warranty goes on to say that the fiber cement siding is washable with a mild detergent, will not peel, crack, flake or yellow, and will not cause discoloration.  The duration of the warranty shall be fifteen (15) years from the date of the original installation

My objection to the Percent Payable is based on a couple of different reasons.  The first time I was <u>aware</u> of a problem with the siding was in August of 2010, in which neighbors happened to stop by and in seeing the yellowing, decided to check the siding a little closer, only to discover that there was also extensive cracking.

Because my husband had passed away in January, 2010, I was not mentally able to deal with the burden of the house siding at this time.

In August, 2013, I had an engineer friend of mine look at the siding as well as a claim form from CertainTeed I had downloaded from the internet. He did an assessment of the siding and thus helped with completing the paperwork.

Based on the fact that I did not move into the house until December 2007, I would certainly think that would not be counted as an entire year as outlined in the Percent Payable. In addition, because the cracked/yellowed siding was not discovered until August, 2010, does not mean it did not exist previously; therefore, another reason the Percentage Payable should not apply to my home.

In addition to the objections stated above, I will not be asking to appear at the Final Approval Hearing to discuss my objections and hope this letter will suffice in my place.

Copies of all paperwork originally submitted to CertainTeed Fiber Cement Siding Litigation at BMC Group, PO Box 2004, Chanhassen, MN  55317-2007 are also being submitted to , The Court, Class Counsel and CertainTeed Corporation. All original photographs (50) were previously submitted to CertainTeed Fiber Cement Siding Litigation.

The only structure affected is my custom built home with attached garage.

My Name, address, phone number and email are currently:
Patti J Weber
12218 Club View Court
Sturgis, SD  57785
Home Phone:  605-423-4699
Cell Phone:  605-490-2460
Email Address:  febbride@yahoo.com

Sincerely,

Patti J. Weber

Patti J Weber

Cc:  <u>Clerk of Courts</u>
    United States District Court for the
    Eastern District of Pennsylvania
    Byrne Federal Courthouse
    601 Market Street
    Philadelphia, PA 19106-1797

    <u>Class Counsel</u>
    AUDET & PARTNERS, LLP
    Michael McShane, Esq.
    221 Main Street, Suite 1460
    San Francisco, CA 94105

    CertainTeed Corporation
    PEPPER HAMILTON LLP
    Robert L Hickok, Esquire
    3000 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA  19102

Consumer Services
CertainTeed Corporation
03 Belden Road
ackson, MI 49203
oll Free #:   800.999.3654
ax #:         517.787.0023
mail:         jtc.conservfc@saint-gobain.com


**CertainTeed**
SAINT-GOBAIN

ncident #   **00178473**

## FIBERCMENT COMPLAINT QUESTIONNAIRE

**\*\*\*FAILURE TO COMPLETE THIS FORM MAY REQUIRE US TO RETURN IT TO YOU, DELAYING OUR RESPONSE.\*\*\***

. Name   __Patti Weber__   Name _____
(home/property owner – first **and** last name)      (spouse or secondary owner, *if any* – first **and** last name)

**Complaint** Address __12218 Club View Ct__ City __Sturgis__ State __SD__ Zip __57785__

**Mailing Address\*** _____ City __"__ State __"__ Zip __"__
* **If different than complaint address.**                                      Cell: 605-490-2460

Phone #: Home (605) 423-4699   Work (605) 347-2551 X 7522 Fax (___)_____

Email Address: __febbride@yahoo.com__   Work Phone # is for (enter name): __Patti Weber__

. Company who **applied** material: Name __Utech Construction__ Address __PO Box 392__

City __Deadwood__   State __SD__   Zip __57732__   Phone # _____

3. Company who **sold** material: Name __Spearfish Building + Supply__ Address __821 Canyon St__

City __Spearfish__   State __SD__   Zip __57783__   Phone # __605-642-4738__

4. Product Involved: Texture: [ ] Smooth  [X] Cedar Grain  [ ] Stucco  [ ] Other _____

Profile: [X] Lap Siding [ ]Shapes Siding [ ]Specialty Lap [ ]Vertical Siding [ ]Soffit [ ]Other____

Panel Size: [ ] 5 ¼″ [ ] 6 ¼″ [ ] 7 ¼″ [X] 8 ¼″ [ ] 9 ¼″ [ ] 12″ [ ] 16″ [ ] 24″ [ ] Other ____

Sheet Size: [ ] 4′x 8′ [ ] 4′x 9′ [ ] 4′x 10′ [ ] Other __N/A__

5. # of Pieces on Building (Total): __467__   # of Pieces Affected (Total): __350__

6. Wall(s) Affected (check only those affected – *identify the left & right walls as if viewing from the front of the property*):

[X] Front  [X] Back  [X] Left  [X] Right  [X] Other(s) __Attached Garage all 4 sides__
                                                      Attached Garage 9.5 x 34.5   21.5 x 26.5   18 x 40   9.5 x 38.5
7. Wall Sizes (length x height in feet): Front __9.5__ x __40.5__ Back __21.5__ x __40.5__ Left __21.5__ x __34__ Right __21.5__ x __34.5__

8. Which wall faces **North**? [ ] Front [X] Back [ ] Left [ ] Right

9. Dates of:   Installation: Month __11__ Day _____ Year __2007__   Purchase: Month __10__ Day __30__ Year __2007__

10. Photos of **all walls** are **REQUIRED**. Please include **at minimum** fourteen (14) photos (see Cover Letter for examples).

11. Are you the original homeowner? [X] Yes [ ] No   If No, date purchased: _____

12. If necessary, do we have permission to physically inspect the property? [X] Yes [ ] No

13. When was the product painted?: [X] Before Installation [ ] After Installation [X] Not Painted  Color? __Seal__

14. Company who **pre-painted** the material (*if applicable*): Name __Wausau Supply Co – Diamond Kote__

15. Nature of problem (*be specific – use reverse side if necessary*): __Panels 8'x12' are shrinking leaving__
__cracks in panels + gaps between panels. Panels are also fading__

Signature(s): __Patti G. Weber__   Date: __11-27-2013__

**CertainTeed Fiber Cement Siding Litigation**
**c/o BMC Group, Settlement Administrator**
**P.O. Box 2007**
**Chanhassen, MN 55317-2007**
**www.CertainTeedFiberCementSettlement.com**

## CERTAINTEED FIBER CEMENT SIDING CLASS ACTION SETTLEMENT CLAIM FORM

CER00002BA18C

Patty Weber
12218 Club View Ct
Sturgis SD 57785-6978

Claim Number: 1003175
PIN: thWhNPdV

To speed processing, please fill out the form in blue or black ink, using block letters, with one letter in each square, as shown:

| A | B | C | D | | 1 | 2 | 3 | 4 |

### I. CLAIMANT INFORMATION

**Name**
First: PATTI
Last: WEBER

**Co-owner's Name**
First:
Last:

**Current Address:** 12218 CLUB VIEW COURT
Apt. Number:

**City:** STURGIS
**State:** SD
**Zip Code:** 57785

**Telephone Number (Daytime):** 605-423-4699
**Telephone Number (Evening):** 605-423-4699

**Telephone Number (Cellular):** 605-490-2460
**Fax Number:**

**Email Address:** febbride@yahoo.com

**Co-owner's Current Address (If different from Claimant):**
Street Address:
Apt. Number:

City:
State:
Zip Code:

If Claimant is other than an individual, state the name and capacity of the person completing this form (Officer, Partner, etc.)

Do you consent to receive official information about the claim via email? ☒ Yes ☐ No

1

## INSTRUCTIONS

*How to determine whether to submit this Claim Form for your claim.*

- You should submit this claim form if you believe that your CertainTeed Fiber Cement Siding meets the criteria for Qualifying Damage set forth in the Settlement Agreement. The Settlement Agreement, including the criteria for determining eligibility for a remedy, can be found on the website, www.CertainTeedFiberCementSettlement.com. To find out if your Fiber Cement Siding meets the criteria for Qualifying Damage and for more information about whether you are eligible to file a claim, see the attached Notice or visit the website and access the "Claim Eligibility" tab, or call the Claims Administrator at (855) 332-3413.

*Claim Form Due Date.*

**Claim Forms are due six years after the Effective Date.** (But if you sold the house or other building, you must file within 180 days of the later of the Settlement's Effective Date or the closing of your sale). Claim Forms postmarked (or if not mailed, received) after the due date will be denied, unless you request a Claim Form prior to the due date, but receive it after the due date, in which case you will be granted another 60 days to complete and return your Claims Package from the date when the form was mailed to you. A Claim Form received by the Claims Administrator will be deemed to have been submitted when posted, if a postmark is indicated on the envelope and it is mailed first class, and addressed in accordance with these instructions. In all other cases, a Claim Form will be deemed to have been submitted when actually received by the Claims Administrator.

*How to complete this Claim Form.*

1. *All* questions *must* be answered. Please type or print your responses in ink. Use "N/A" when the question does not apply. You must respond to any request for additional information; if you fail to respond, your claim may not be processed, and you will forfeit important rights. The more complete the Claim Form, the more quickly your claim can be processed.

2. Please keep a personal copy of the Claim Form and all enclosures. **Do not submit your only copy of the supporting documents.** Materials submitted will not be returned. All copies of documentation submitted in support of this claim should be clear, legible, and complete.

3. To support your claim as requested in this form, please submit as many color photographs as necessary. Paper copies must be photo-quality color pictures; do not submit black-and-white photocopies. Photographs may also be submitted on CD or DVD labeled with your claim number.

4. Place the completed Standard Claim Form, and all the photographs and other supporting documentation, together in an envelope so they do not become damaged or lost.

Then send the envelope to the following address:

CertainTeed Fiber Cement Siding Litigation
c/o BMC Group, Settlement Administrator
P.O. Box 2007
Chanhassen MN 55317-2007

You may submit your Claim Form and enclosures via email to the following email address: claims@CertainTeedFiberCementSettlement.com.

Failure to provide any of the items listed above will delay the processing of your claim. If you have a question or need to contact the Claims Administrator, email info@CertainTeedFiberCementSettlement.com, call (855) 332-3413, or write to the address above.

**Please notify the Claims Administrator of any change of address that occurs after you submit your claim.**

*What to expect after you submit your Claim Form.*

1. No acknowledgement will be made of the receipt of a Claim Form. If you wish to be assured that your Claim Form and documentation were delivered, please use a shipping method that provides delivery confirmation. You should be aware that it will take time to fully process all of the claims and to administer the settlement. This work will be completed as promptly as time permits, given the need to investigate and evaluate each Claim Form.

2. The Claims Administrator will evaluate all of the information and documentation that you submit in order to determine your eligibility for benefits under the settlement. The Claims Administrator will contact you to request additional information if the information you provided is insufficient to process your claim.

Please be assured that we are committed to processing your claim in a fair and timely manner. For additional information about the settlement, please visit www.CertainTeedFiberCementSettlement.com.

## II. DESCRIPTION OF PROPERTY WHERE FIBER CEMENT SIDING IS INSTALLED

*(PLEASE FILL OUT A SEPARATE COPY OF THIS SECTION FOR EACH PROPERTY)*

**STREET ADDRESS OF BUILDING WITH SIDING, IF DIFFERENT FROM CLAIMANT'S ADDRESS**
**(Do Not Use A Post Office Box):**

Street Address                                                                                    Apt. Number

City                                                          State        Zip Code

Nearest cross street to property

**NAME OF CURRENT OCCUPANT (If different from Claimant):**

First Name                                          Last Name

**OWNERSHIP:**

When did you acquire the property?  _12_ / _2007_
                                    month/year

Do you currently own the Property?  ☒ Yes    ☐ No

**If you now own the Property, you must provide the following proof of ownership:**

☒ A copy of the property deed or dated property tax record showing that you are the owner of the Property (This may be available online through county property records); **and**

Any **one** of the following documents:

☒ a copy of the current Mortgage Statement;

☐ a copy of the current home insurance statement;

☒ a copy of a current utility bill; or

☐ a copy of the property deed (if not supplied for #1 above).

**Enclosures Required:** Check off and enclose checked documents for proof of ownership. The document must name all owners and provide the address of the property; a mailing address is not sufficient. Please do not send originals.

**If you do not now own the Property:**

When did you sell the property?  _____/_____
                                 month/year

To whom did you sell the property?  _____

Who owns the property now?  _____

Has there been an assignment of the claims relating to the Siding?  ☐ Yes    ☐ No

**If yes,** you must provide proof of the assignment with this claim form.

3

**PROPERTY TYPE:**

What type of property is the Siding installed on:

☒ Single-family residence  ☐ Apartment Building  ☐ Commercial

☐ Condominium  ☐ Duplex  ☐ Other (describe: _____ )

When was the building built? ___2007___

List the name of the development, neighborhood, or subdivision where the property is located:

_Apple Springs Subdivision Boulder Canyon Lawrence Couty_

**OTHER CLAIMS:**

Did you or any prior owner ever make a warranty claim to CertainTeed regarding the Siding, before making this claim?

☐ Yes  ☒ No

**If yes**, provide your warranty claim number: # _____

When was the claim made? ____/____
                          month/year

Did CertainTeed send you a written offer to settle your claim? ☐ Yes ☒ No

Have you *signed* a release with CertainTeed regarding your current claim? ☐ Yes ☒ No

Was the property the subject of an insurance claim regarding the Siding? ☐ Yes ☒ No

**If yes**, provide the insurance claim number: # _____

When was the claim made? ____/____
                          month/year

To whom was the claim made? _____

How much money was received? _____

### III. INSTALLATION, CONDITION, AND IDENTIFICATION OF FIBER CEMENT SIDING

**INSTALLATION:**

What type of CertainTeed Fiber Cement Siding is installed on your building? _Diamond Kote - Seal_

When was the Siding installed? __11 / 2007__
                                month/year

Indicate whether the Siding was installed during original construction of the structure or later, by checking one of the following:

☒ Installed when structure was originally built

☐ Installed later

Provide the name and address of the builder or contractor who installed the Siding.

Name

| U | T | E | C | H | | C | O | N | S | T | R | U | C | T | I | O | N | | | | | | | | | | | | | |

Street Address

| P | O | | B | O | X | | 3 | 9 | 2 | | | | | | | | | | | | | | | | | | | | | |

City

| D | E | A | D | W | O | O | D | | | | | | | | | | | | | |

State

| S | D |

Zip Code

| 5 | 7 | 7 | 3 | 2 |

4

**AMOUNT OF SIDING INSTALLED ON PROPERTY:**

Total square feet of property   _5216 sq ft_

Total square feet of Siding on the property   _4711.50 sq ft_

Total square feet of Siding that is damaged   _4711.50 sq ft_

Total square feet of each structure on the property   _5216 sq ft_

Measurement of the footprint of the property   _, 1/2 acre_

The number of stories the property has   _2/ both house + Attached garage_

*Note: You may submit measurements for each wall to assist the Claims Administrator's determination of the measurements. Claimants who do not provide such detailed measurements may not obtain review of the measurements by the Independent Claims Reviewer.*

**CONDITION OF THE SIDING:**

Describe your specific concern with the Siding and specify the areas of the siding where those concerns are manifested:

_The siding on my house has extensive cracking on every side of the house. It is not spotty, it is everywhere. It has a lot of fading on all sides of the house. There is also extensive warping + shrinkage as shown in pictures._

**PHOTOGRAPHING THE DAMAGE:**

In addition, provide photographs using the measurement scale on this form. The scale is located on page 5 of this form. The settlement defines Qualifying Damage in part by reference to the amount of shrinkage, delamination, cracking and warping or bowing. The shrinkage refers to the joint where the ends of two boards meet on a wall or where the board abuts or ends against a window frame, door frame or trim. Use the "3/16'" scale mark to measure shrinkage at the point where boards meet. Use the "5/16'" scale to measure shrinkage at places where windows, door or trim meet the boards. The "1/2'" scale mark on this form should be used to measure the warping and buckling of the board. To photograph cracking or delamination you do not need to use the scale, but only take pictures of the cracked or delaminated portion of the siding.

The easiest way to see these scales is to hold the scale (or a photocopy of the scale) directly adjacent to the area of shrinking or warping/buckling and take a picture. If it helps, tape the scale to a firm surface, like a piece of cardboard. You can also use a ruler or any other clearly marked measuring device. You can ask a local contractor to assist you.

**REPAIR / REPLACEMENT HISTORY:**

Have you repaired or replaced your Siding?   ☐ Yes   ☒ No

If you answered yes, describe the repairs made below, including the date of repair:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You must provide credible evidence (a) that the siding that is the subject of the claim is CertainTeed Fiber Cement Siding; (b) of the quantity of Siding; (c) of the date of installation; and (d) that the Siding meets the criteria for Qualifying Damage under the Agreement.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*IMPORTANT: Each submitted document must be labeled with the assigned Claim Number and Claimant Name. Photographs must also be labeled to identify the area shown.*

PLEASE CHECK OFF EACH BOX BELOW TO INDICATE WHETHER YOU ARE ENCLOSING THE DOCUMENT(S) DESCRIBED BY THE LANGUAGE NEXT TO EACH BOX. YOU MAY HAVE DOCUMENTS THAT SATISFY MORE THAN ONE BOX; IF SO A SINGLE COPY OF THE DOCUMENT IS SUFFICIENT.

☒ Documentation of product identification.

Acceptable documentation, would include reliable and contemporaneous documentary proof of purchase and installation of the Siding, such as an invoice from a third party and evidence of payment; or a prior communication from CertainTeed (e.g., where a prior warranty claim has been made), which confirms that the Siding on the structure is CertainTeed Fiber Cement Siding. In some cases, photographs of the siding may be sufficient to establish that the Siding installed on the property is CertainTeed Fiber Cement Siding. Bids and estimates are not acceptable.

☒ Documentation of date of installation.

Documentation that may show the date of installation would include: a dated invoice for installing the Siding from a third party; a certificate of occupancy or final building inspection; or a Building Permit. The Building Permit should be available by contacting your local township office. Bids and estimates from third parties for siding installation are **not** acceptable.

☒ Documentation of quantity of Siding panels.

Acceptable documentation would be the original receipt showing the date and quantity of materials purchased, or the contractor's invoice at the time of application. Photographs of the building sufficient to establish the size of the area covered by Siding may be accepted if other documentation is not available.

☒ Documentation of the condition of the Siding.

***Please submit photographs in each category specified below.***
In general, try to make sure that the photographs are sufficient to establish the condition of the Siding in sufficient detail and quality to allow the Claims Administrator to evaluate whether and how much of your Siding has Qualifying Damage under the Agreement, and to determine the nature and extent of any affected areas.

☒ **Sufficient** photographs to show the entire structure (front and back) from the ground level, and from a distance sufficient to show the entire structure.

☒ **A minimum of two** photographs of each wall of Siding showing the condition of the Siding. Such photographs should include close-up pictures of the problem.

☒ **One** photograph showing the building number on the building or on a mailbox in front of the building.

☒ **One or more** photographs showing a close-up of the problem.

## INSPECTION:

If the property must be inspected, do you wish to be present for the inspection?   ☒ Yes   ☐ No

**If yes**, please provide convenient times to call to schedule the inspection and the telephone numbers and email addresses that are best to use for scheduling:

*Call times to schedule between 8:00 Am - 4:00 pm @*
*605-490-2460 Cell    605-423-4689 Home*

## IV. ACKNOWLEDGMENT OF CLAIMANT(S)

**Claimants must acknowledge that they have read and agree to the following by checking the boxes (*mandatory*):**

☒ SUBMISSION TO JURISDICTION OF COURT. Claimant agrees to submit to the exclusive jurisdiction of the U. S. District Court for the Eastern District of Pennsylvania for all purposes associated with this Claim.

☒ VERIFICATION OF CLAIM AND WARRANTY. Claimant represents and warrants that the information, enclosures, and supporting documentation submitted herewith are true, correct, and accurate. Claimant specifically warrants that Claimant is the rightful and only owner or assignee of the claim submitted and has not otherwise transferred or encumbered any right or interest in this Claim and/or right or entitlement arising from the settlement to any person.

☒ RELEASE. I acknowledge the release set forth in the Settlement Agreement. In addition, in consideration of the benefits provided by the settlement, and subject to various paragraphs contained in the Agreement, I, on behalf of myself and my agents, heirs, executors and administrators, successors, attorneys, representatives, and assigns, fully and finally settle, release and discharge from the Settled Claims (defined below) each and all of the Released Persons as defined as CertainTeed Corporation and any of its subsidiaries, parent companies, successors, predecessors, affiliates, assigns or divisions, and any current or former officer, director, employee or shareholder of CertainTeed, and any person or entity that distributed the Siding. If the Siding remains on the structure when the structure is sold, I further agree to advise the subsequent purchaser of the property of the remedy received and Release and make such other appropriate disclosure as may be required by applicable local, provincial, and state laws regarding the purchase and sale of the property _____ and represent that I have not assigned or transferred or purported to assign or transfer, volunt_____ any _____ authorize this release or any other part or portion thereof.

**"Settled Cl_____** _____ including relief under federal law or the law of any state, which arise_____ or Siding _____ during the Class Period, including without limita_____ _____ to damage to Siding. It further includes all claims for penalties,_____ _____plary damages, statutory damages, special damages, damages bas_____ _____damages, court costs, or attorneys' fees or expenses, which might otherwise_____ _____ any claim relating to damage to the Siding itself.

Settled Claim does not include any claim for damage to the interior part of a building beneath the house wrap (weather barrier) _____ amount of damage to the Siding; (2) any claims which do not arise from the Siding's malfunction or _____ _____; (3) any claim for bodily injury, including claims for pain and suffering, emotional distress, mental _____ damages suffered as the result of such bodily injury; (4) claims against installers of the Siding in their _____ rather than sellers; or (5) obligations incurred by CertainTeed in settlements it has made with class members prior to the Effective Date of the Agreement.

## V. CERTIFICATION

All the information that I supplied in this Claim Form is true and correct to the best of my knowledge and belief.

All photographs I have supplied show images that are typical of the damage to the Siding for which I seek compensation.

This document is signed under penalties of perjury. By my signature below, I also authorize the Claims Administrator to verify the claim, including by retaining an inspector to inspect the Siding on the Property.

_Patti J. Weber_
Signature of Owner

| M | M | D | D | Y | Y | Y | Y |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 7 | 2 | 0 | 1 | 3 |

Date Signed

**ACCURATE CLAIMS PROCESSING TAKES TIME.**

**THANK YOU FOR YOUR PATIENCE.**

### REMINDER CHECKLIST

1. Please check to make sure you have answered all of the questions on the Standard Claim Form.

2. Please sign the above release and certification.

3. Remember to enclose copies of all required supporting documentation.

4. Keep a copy of the completed Claim Form and supporting documentation for your records.

5. If you desire an acknowledgment of receipt of your Claim Form, please use a form of mailing that will provide you with a return receipt.

6. If you move, or if the Notice was sent to you at an old or incorrect address, please provide us with your new address.

7. If you have any questions concerning this Claim Form, contact the Claims Administrator by calling (855) 332-3413, by emailing info@CertainTeedFiberCementSettlement.com  or writing:

CertainTeed Fiber Cement Siding Litigation
c/o BMC Group, Settlement Administrator
P.O. Box 2007
Chanhassen, MN 55317-2007



**Wells Fargo Home Mortgage**
MAC X9091-L1R
2701 Wells Fargo Way
Minneapolis, MN 55467
1-866-234-8271

02/17/2012

CLIFFORD B WEBER
12218 CLUB VIEW COURT
STURGIS, SD 57785

Loan #:    0260840913
Name:      CLIFFORD B WEBER
Address:   12218 CLUB VIEW COURT
           STURGIS, SD 57785

Dear Sir / Madam,

We have forwarded the lien release document(s) to the county/recording jurisdiction for the above referenced paid in full loan.

Enclosed is a duplicate for your records.

When the release is recorded, it will be available in the public records.

Thank You,

**Lien Release Department**
Wells Fargo Home Mortgage

Enclosure(s)

File Locator JSZ3554286    0260840913   WFHRC 15764158

*15764158*

FORM1\RCNSD1_WFHRC

Prepared By:
E.Lance/NTC, 2100 Alt.
19 North, Palm Harbor,
FL 34683 (800)346-9152


When Recorded Return To:
Wells Fargo Home Mortgage
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683


## SATISFACTION / DISCHARGE OF MORTGAGE


Loan #: 0260840913

The undersigned certified that it is the present owner of a mortgage executed on 06/03/2009 by **CLIFFORD B WEBER AND PATTI J WEBER** to **WELLS FARGO BANK, N.A.** and recorded 06/09/2009 in the office of the Recorder of LAWRENCE County, South Dakota, in Book , Page , or Document # 2009-02878

upon the property situated  in said State and County, to wit:
  LOT 6 IN BLOCK 8 OF APPLE SPRINGS SUBDIVISION, LOCATED IN APPLE SPRINGS TRACT, OF THE SW1/4 OF SECTION 11 AND THE NE1/4NW1/4 OF SECTION 14, T5N, R4E OF THE BLACK HILLS MERIDIAN, LAWRENCE COUNTY, SOUTH DAKOTA, AS SHOWN BY THE PLAT RECORDED AS DOCUMENT NO. 2007-961.

The above mortgage is, with the note accompanying it, fully paid, satisfied, and discharged.  The Recorder of said county is authorized to enter this satisfaction/discharge of record.

Date: 02/ 09 /2012 (MM/DD/YYYY)

**WELLS FARGO BANK, N.A.**

(NO SEAL)

By: _____
    **KIM GOELZ**
    **Vice President Loan Documentation**


STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on 02/ 09 /2012 (MM/DD/YYYY), by KIM GOELZ as Vice President Loan Documentation for WELLS FARGO BANK, N.A., who, as such Vice President Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.


_____
KARIN ENRIQUE CHANDIAS
Notary Public - State of FLORIDA
Commission expires: 05/22/2015



Karin Enrique Chandias
Notary Public State of Florida
My Commission # EE 095894
Expires May 22, 2015


WFHRC 15764158  -@  CJ3570616  form1/RCNSD1_WFHRC



**THIS IS NOT A TAX BILL!**

**LAWRENCE COUNTY
EQUALIZATION
90 SHERMAN ST.
DEADWOOD, SD 57732**
605-578-3680 PHONE
605-722-6221 FAX

FOR QUESTIONS CONCERNING
YOUR ASSESSMENT PLEASE
CONTACT OUR OFFICE.
PLEASE READ THE REVERSE SIDE
FOR INFORMATION ON APPEALING
YOUR ASSESSMENT AND BOARDS
OF EQUALIZATION.

PREVIOUS YEAR'S ASSESSED
VALUE:
NA-    $368,560

AG-

This year's assessed value has
increased over last year's assessment
value by:

Percentage:

## ASSESSOR'S NOTICE TO PROPERTY OWNERS:
### REAL ESTATE ASSESSMENT NOTICE
2013 _____ ASSESSMENT, COUNTY OF LAWRENCE

```
ASSESSMENT INFO.   Parcel #:  18010-00800-060-00
Situs: 12218 CLUB VIEW CT
Legal Description: APPLE SPRINGS TRACT
LOT 6 BLK 8

NBHD:  35492                      Total Acres: 0.47

TYPE OF PROPERTY               CLASS          VALUE
   Land (Owner Occupied)       NA-C-S        $22,500


   Structures
     Owner Occupied            NA-C1-S       $328,690
BALANCE ASSESSED(NON AG)                     $351,190
```

WEBER, PATTI J

12218 CLUB VIEW COURT
STURGIS, SD  57785



**WELLS FARGO | HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

| | |
|---|---|
| Statement date | 09/30/13 |
| Loan number | 0289653263 |
| Property address | |
| 12218 CLUB VIEW CRT | |
| STURGIS SD 57785 | |

## Customer Service

🖥 Online
wellsfargo.com

📠 Fax
1-866-278-1179

☎ Telephone
1-800-222-0238

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

💲 Payments
PO Box 6423
Carol Stream IL 60197

Purchase or refinance
1-866-867-3026

We accept telecommunications relay service calls.

ᖌᖴ||ᖴᖴ||ᖴᖴ|ᖴ||ᖴᖴ||ᖴᖴᖴ|ᖴ||ᖴᖴ|ᖴ|ᖴ||ᖴᖴᖴ|ᖴ|

1AT        00155/048155/000155 0156   1 AGQSKZ 936

PATTI J WEBER
12218 CLUB VIEW CT
STURGIS, SD  57785-6978

## Summary

| | |
|---|---|
| Payment (principal and/or interest, escrow) | $2,361.50 |
| **Total payment due 11/01/13** | **$2,361.50** |

| | |
|---|---|
| Unpaid principal balance | $389,524.10 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate | 3.750% |
| Interest paid year-to-date | $12,282.04 |
| Taxes paid year-to-date | $2,371.33 |
| Escrow balance | $3,998.16 |

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/30 | Payment | $2,361.50 | $642.46 | $1,219.27 | $499.77 | |

*Pd 11-4-13*

## Important messages

**Ready to buy your next home?**
We're here to help you understand your home financing options, so you can make informed home financing decisions. Learn about our low down payment programs, financing options, and how we can help make buying your next home a rewarding experience. Call **1-866-418-3476**, stop by your local branch, or visit wellsfargo.com/newhome.
Mention Code DMR7AB1.

**Go paperless in time for tax time**
Sign up or sign on by December 28, 2013 to get your 2013 tax documents online before they would arrive by mail. We'll send you an email alert as soon as they're available. Online tax documents have all the same information as the paper versions. The only difference is convenience. Go to wellsfargo.com/turnoffpaper.

**Set yourself up to succeed**
Our **Preferred Payment Plan**℠ options are free and convenient! We provide flexible withdrawal dates to fit your pay schedule. To enroll, go to wellsfargo.com/payonline or call 1-866-386-8519.

TRA13-S-048155/000155 AGQSKZ S2-ET-M1-C007  1

0001246645



**Butte Electric Cooperative, Inc.**
PO Box 137
109 S. Dartmouth
Newell, SD 57760-0137

Business Hours
7:00 a.m. - 4:00 p.m. MST
Monday - Friday
605-456-2494 or 800-928-8839
Answered 24 Hours a Day
www.butteelectric.com

1-800-928-8839

3032 1 AV 0.360          4 3032
PATTI WEBER           C-8 P-8
12218 CLUB VIEW CT
STURGIS SD 57785-6978

| NOTES |
| --- |
| BEC will be closed November 11th to observe Veteran's Day and November 28th and 29th for Thanksgiving. We hope you have a wonderful holiday!<br>*Remember to turn your clocks back on Sunday, November 3rd!*<br>"The best way to move forward is to let go of the people holding you back." Unknown |

Please see reverse for usage detail.                                      Page 1 of 2

| Account Number<br>1246645 | Phone Number on Account<br>(605) 423-4699 | Map Location<br>054-14-204 | Description<br>12218 Clubview Dr | Billing Date<br>11/01/2013 |
| --- | --- | --- | --- | --- |

| Meter<br>Number | Map Number | Service Dates<br>From | To | Number<br>Days | Reading<br>Previous \| Present | Multiplier | Usage | Type | RC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 82731474 | 054-14-204 | 09/22/2013 | 10/23/2013 | 31 | 55505 | 57196 | 1.000 | 991 | KWH | 007 |
| 81861518 | 054-14-204 | 09/22/2013 | 10/23/2013 | 31 | 1634 | 1669 | 20.000 | 700 | KWH | 006 |

### Convenient Services

**Budget Billing:** Pay the same amount each month based on your average usage.
**Auto Pay:** Payment is automatically deducted from your bank account or charged to your MasterCard or Visa. See back of payment stub to sign up for the credit card option.
**Payment Options:** Cash, check, money order, credit card, debit card, EFT, E-Bill, and E-Check.
**Payment Depositories:** Make your payment at any Northern Hills First Interstate Bank.
**Online:** Register at www.butteelectric.com to view your account history, submit meter readings and pay your bill online.

| ACTIVITY SINCE LAST BILL | $ AMOUNT |
| --- | --- |
| PREVIOUS BALANCE | 165.93 |
| PAYMENTS RECEIVED - THANK YOU | 165.93 CR |
| BALANCE FORWARD | 0.00 |
| **CURRENT BILLING DETAIL** | |
| Electric Service - Main | 136.53 |
| Electric Service - Heat | 42.00 |
| Taxes | 7.14 |
| TOTAL CURRENT CHARGES | 185.67 |

pd 11-4-13

| Total Amount Due By | 11/20/2013 | $185.67 |
| --- | --- | --- |
| Total Amount Due After | 11/20/2013 | $190.67 |

**A 1.5% finance charge will be added to all unpaid balances.**

SPEARFISH
**BUILDING & SUPPLY, INC.**
821 Canyon Street, Spearfish, SD 57783
605-642-4738 (000) 000-0000 Ext. 0000
YOUR HOME-OWNED LUMBER YARD

| | DATE | NUMBER | PAGE # 1 |
|---|---|---|---|

Net 10th

| CUST. ADDRESS | SHIP ADDRESS | ACCT. 2038C |
|---|---|---|
| Vic Utech Const/Weber | Vic Utech Const/Weber | CARD/CHECK # |
| Box 392 | Box 392 | Charge |
| Deadwood SD 57732 | Deadwood SD 57732 | PO # |

| ORDERED | SHIPPED | ITEM NUM. | UNIT | DESCRIPTION | UNIT PRICE | | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 133 | 133 | SDCRSSEPF | Each | Certainteed Shapes RndSqStr PF | 20.16 | 0.00 | $2,681.28 |

COMMENTS: Order 159900

| | SALE AMOUNT: | $2,681.28 |
|---|---|---|
| | DISCOUNT: | $.00 |
| | TAX: | $107.25 |
| | MISC: | $.00 |
| | TOTAL: | $2,788.53 |

NOTICE TO BUYER: By signing, you agree that you have received the goods/services described on this receipt and that you will pay for them in accordance with the terms stated on this invoice.

RECEIVED BY _____     DRIVER _____

---



SPEARFISH
**BUILDING & SUPPLY, INC.**
821 Canyon Street, Spearfish, SD 57783
605-642-4738 (000) 000-0000 Ext. 0000
YOUR HOME-OWNED LUMBER YARD

| ORDER # 159900 | 10/30/07 | INVOICE # 152049 |
|---|---|---|
| | DATE | NUMBER | PAGE # 1 |

Net 10th

| CUST. ADDRESS | SHIP ADDRESS | ACCT. 2038C |
|---|---|---|
| Vic Utech Const/Weber | Vic Utech Const/Weber | CARD/CHECK # |
| Box 392 | Box 392 | Charge |
| Deadwood SD 57732 | Deadwood SD 57732 | PO # |

| ORDERED | SHIPPED | ITEM NUM. | UNIT | DESCRIPTION | UNIT PRICE | | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 602-735-PF 5GAL | L7 5gal | Paint, Int. Latex Undercoater | 66.23 | 0.00 | $66.23 |
| 1 | 1 | 324342 | R11 | Roller, Color Coil 9th 14" tr | 65.700 | 6.57- | $59.13 |
| 2 | 2 | SDTTC5446PF | 10' | Tech Trim 5/4 I 4 Cor Pra-Fin | 47.570 | 0.00 | $95.14 |
| 102 | 102 | SDC8PP | Each | Certainteed Siding 8" PrePaint | 10.88 | 0.00 | $1,109.76 |

COMMENTS:

| | SALE AMOUNT: | $1,330.26 |
|---|---|---|
| | DISCOUNT: | $.00 |
| | TAX: | $53.21 |
| | MISC: | $.00 |
| | TOTAL: | $1,383.47 |

NOTICE TO BUYER: By signing, you agree that you have received the goods/services described on this receipt and that you will pay for them in accordance with the terms stated on this invoice.

RECEIVED BY _____     DRIVER _____

000007



**SPEARFISH**
**BUILDING & SUPPLY, INC.**
821 Canyon Street, Spearfish, SD 57783
605-642-4738 (000) 000-0000 Ext. 0000
YOUR HOME-OWNED LUMBER YARD

| ORDER # | | DATE 10/30/07 | INVOICE # 152036 |
|---|---|---|---|
| | | | PAGE # 1 |

| CUST. ADDRESS | SHIP ADDRESS | |
|---|---|---|
| Vic Utech Const/Weber | Vic Utech Const/Weber | Net 10th |
| Box 392 | Box 392 | ACCT. 2638C |
| Deadwood SD 57732 | Deadwood SD 57732 | CARD/CHECK # |
| | | Charge |
| | | PO # |

| ORDERED | SHIPPED | ITEM NUM. | UNIT | DESCRIPTION | UNIT PRICE | | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 96.000 | 96.000 | LM1C212SW | LnFt | Sunwood 2x12 RL | 2.212 | 0.00 | $212.35 |
| | | | | 8--12' | | | |
| | | | | Deliver To Apple Springs Job Please | | | |
| 35 | 35 | SDC8PP | Each | Certainteed Siding 8" PrePaint | 10.88 | 0.00 | $380.80 |
| 12 | 12 | SDCC | Each | Certainteed Siding Color Caulk | 5.10 | 6.12- | $55.08 |
| 2.00 | 2.00 | 119370 | Each | Rollex, Color SL-8 Text | 14.67 | 0.00 | $29.34 |

COMMENTS: Delivered

SALE AMOUNT: $677.57

NOTICE TO BUYER: By signing, you agree that you have received the goods/services described on this receipt and that you will pay for them in accordance with the terms stated on this invoice.

RECEIVED BY_____    DRIVER_____

DISCOUNT: $.00
TAX: $27.10
MISC: $.00

TOTAL: $704.67

---



**SPEARFISH**
**BUILDING & SUPPLY, INC.**
821 Canyon Street, Spearfish, SD 57783
605-642-4738
(000) 000-0000 Ext. 0000
YOUR HOME-OWNED LUMBER YARD

| ORDER # 160324 | DATE 10/30/07 | INVOICE # 152036 |
|---|---|---|
| | | PAGE # 1 |

| CUST. ADDRESS | SHIP ADDRESS | |
|---|---|---|
| Vic Utech Const/Weber | Vic Utech Const/Weber | Net 10th |
| Box 392 | Box 392 | ACCT. 2638C |
| Deadwood SD 57732 | Deadwood SD 57732 | CARD/CHECK # |
| | | Charge |
| | | PO # |

| ORDERED | SHIPPED | ITEM NUM. | UNIT | DESCRIPTION | UNIT PRICE | | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 3-1113AA | Box (40) | Screw, Trex 3" Torx 1500pc | 73.60 | 0.00 | $73.60 |

COMMENTS:

SALE AMOUNT: $73.60

NOTICE TO BUYER: By signing, you agree that you have received the goods/services described on this receipt and that you will pay for them in accordance with the terms stated on this invoice.

RECEIVED BY_____    DRIVER_____

DISCOUNT: $7.36-
TAX: $3.97
MISC: $.00

TOTAL: $70.21

000008

**SPEARFISH BUILDING & SUPPLY, INC.**
821 Canyon Street, Spearfish, SD 57783
605-642-4738 (000) 000-0000 Ext. 0000

_YOUR HOME-OWNED LUMBER YARD_

| | | | DATE | NUMBER | PAGE # 1 |

Net 10th
ACCT. 2838C
CARD/CHECK #
Charge
PO #

| CUST. ADDRESS | SHIP ADDRESS |
|---|---|
| Vic Utech Const/Weber | Vic Utech Const/Weber |
| Box 392 | Box 392 |
| Deadwood  SD  57732 | Deadwood  SD  57732 |

| ORDERED | SHIPPED | ITEM NUM. | UNIT | DESCRIPTION | UNIT PRICE | | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 152 | 152 | RF3TLH | Bndl | GAF Tabrline 30 Yr Heather Bl | 25.111 | 0.00 | $3,816.87 |
| 3 | 3 | RF12 | Each | Roofing Starter GAF 100'Bndl | 24.99 | 0.00 | $74.97 |
| 7 | 7 | RF3HAHG | Ea | GAF,Timberline Ridge Heather | 39.20 | 0.00 | $274.40 |
| 330 | 330 | SDC8FP | Each | Certainteed Siding 8" PrePaint | 10.88 | 0.00 | $3,590.40 |
| 2 | 2 | SDTTISC22FF | Each | Tech Trim 2x2X10 18Cor Pre-Fin | 12.642 | 0.00 | $25.28 |
| 310 | 310 | SDCRSSEPF | Each | Certainteed Shapes RndSqStr PF | 20.16 | 0.00 | $6,249.60 |
| 8 | 8 | SDTTC544FF | 10' | Tech Trim 5/4 X 4 Cor Pre-Fin | 50.380 | 0.00 | $403.04 |
| 40 | 40 | VENTB | Each | ShingleVent II 4' X 12in | 10.477 | 0.00 | $419.08 |
| 36 | 36 | SDCC | Each | Certainteed Siding Color Caulk | 5.76 | 0.00 | $207.36 |
| | | | | Deliver To Apple Springs | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT: | $15,061.00 |

NOTICE TO BUYER: By signing, you agree that you have received the goods/services described on this receipt and that you will pay for them in accordance with the terms stated on this invoice.

| | |
|---|---|
| DISCOUNT: | $1,506.10- |
| TAX: | $542.20 |
| MISC: | $.00 |

RECEIVED BY_____   DRIVER_____

| | |
|---|---|
| TOTAL: | $14,097.10 |

---

**SPEARFISH BUILDING & SUPPLY, INC.**
821 Canyon Street, Spearfish, SD 57783
605-642-4738 (000) 000-0000 Ext. 0000

_YOUR HOME-OWNED LUMBER YARD_

| ORDER # 180269 | 03/29/07 | INVOICE # 180262 |
|---|---|---|
| | DATE | NUMBER | PAGE # 1 |

Net 10th
ACCT. 2838C
CARD/CHECK #
Charge
PO #

| CUST. ADDRESS | SHIP ADDRESS |
|---|---|
| Vic Utech Const/Weber | Vic Utech Const/Weber |
| Box 392 | Box 392 |
| Deadwood  SD  57732 | Deadwood  SD  57732 |

| ORDERED | SHIPPED | ITEM NUM. | UNIT | DESCRIPTION | UNIT PRICE | | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 136.000 | 136.000 | LM2612 | Ea | 2x6x12 Hem Fir | 7.235 | 0.00 | $983.96 |
| 54 | 54 | TRML11781 | LnFt | Versa Lam 1 3/4 X 11 7/8 | 4.907 | 0.00 | $264.98 |
| | | | | 2—17' | | | |
| | | | | 2—10' | | | |
| | | | | Deliver To Apple Springs | | | |

COMMENTS:

| | |
|---|---|
| SALE AMOUNT: | $1,248.94 |

NOTICE TO BUYER: By signing, you agree that you have received the goods/services described on this receipt and that you will pay for them in accordance with the terms stated on this invoice.

| | |
|---|---|
| DISCOUNT: | $124.89- |
| TAX: | $44.96 |
| MISC: | $.00 |

RECEIVED BY_____   DRIVER_____

| | |
|---|---|
| TOTAL: | $1,169.01 |

000015

| PIC # | DESCRIPTION |
|---|---|
| | Photos of Certainteed Fiber Cement Siding for Class Action Settlement |
| | Patti Weber 12218 Club View Court, Sturgis, SD 57785 |
| | December 4th, 2013 |
| Pic 1 | FRONT OF HOUSE/GARAGE - SOUTH SIDE |
| Pic 2 | STREET ADDRESS - 12218 CLUB VIEW COURT |
| Pic 3 | HOUSE/GARAGE - WEST SIDE |
| Pic 4 | HOUSE/GARAGE -NORTH SIDE |
| Pic 5 | HOUSE- EAST SIDE |
| Pic 6 | HOUSE - WEST SIDE / GARAGE - NORTH SIDE |
| Pic 7 | GARAGE - WEST SIDE |
| Pic 8 | GARAGE - WEST SIDE |
| Pic 9 | GARAGE - WEST SIDE |
| Pic 10 | GARAGE - WEST SIDE |
| Pic 11 | GARAGE - WEST SIDE |
| Pic 12 | GARAGE - WEST SIDE |
| Pic 13 | GARAGE - WEST SIDE |
| Pic 14 | GARAGE - WEST SIDE |
| Pic 15 | HOUSE - WEST SIDE  UNDER DECK |
| Pic 16 | HOUSE - NORTH SIDE |
| Pic 17 | HOUSE - NORTH SIDE |
| Pic 18 | HOUSE - EAST SIDE |
| Pic 19 | HOUSE - EAST SIDE |
| Pic 20 | HOUSE - EAST SIDE |
| Pic 21 | HOUSE - EAST SIDE |
| Pic 22 | HOUSE - SOUTH SIDE |
| Pic 23 | HOUSE -EAST  SIDE |
| Pic 24 | HOUSE - EAST SIDE |
| Pic 25 | HOUSE -EAST SIDE |
| Pic 26 | HOUSE - EAST SIDE |
| Pic 27 | HOUSE -SOUTH SIDE |
| Pic 28 | GARAGE - SOUTH SIDE |
| Pic 29 | GARAGE - SOUTH SIDE |
| Pic 30 | GARAGE - SOUTH SIDE |
| Pic 31 | HOUSE - WEST SIDE |
| Pic 32 | HOUSE - NORTH SIDE |
| Pic 33 | HOUSE - NORTH SIDE |
| Pic 34 | HOUSE - NORTH SIDE |
| Pic 35 | HOUSE - NORTH SIDE |
| Pic 36 | GARAGE - NORTH SIDE |
| Pic 37 | HOUSE -NORTH/WEST SIDE - GARAGE - NORTH/WEST SIDE |
| Pic 38 | GARAGE - SOUTH SIDE |
| Pic 39 | GARAGE - SOUTH SIDE |
| Pic 40 | GARAGE - EAST SIDE |
| Pic 41 | HOUSE - WEST SIDE |
| Pic 42 | HOUSE - NORTH SIDE |
| | PIC 43 - PIC 50   RANDOM PICS OF ALL SIDES OF HOUSE |