IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | * | Docket No. __2270__ |
| **Certain Teed Fiber Cement Siding** Litigation | * | (Judge Thomas P. O'Neil) |
| | * | **WRITTEN OBJECTION TO PROPOSED SETTLEMENT** |

    Now comes Donald Sanders, a member of the above-entitled class action, and hereby expresses my objection to the pro-rated schedule set forth in the tentative settlement.

    One of the main reasons I purchased this siding was the fifty (50) year warranty. Under this schedule as I interpret it, siding purchased and installed in 2009 has depreciated 36% of its value. In my opinion, a product sold with a fifty (50) year warranty should not depreciate at such an exaggerated rate.

    I feel that this rate is unacceptable and would suggest that someone in authority revisit this pro-rated schedule and make the necessary changes that make it a little more fair to the homeowner!

    Respectfully Submitted,

*Donald Sanders*
Donald Sanders
2266 Elam Road
Xenia, OH 45385
(937) 862-4263

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Written Objections to Proposed Settlement was mailed to Pepper Hamilton LLP, Robert L. Hickok, Esq., 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, PA 19102; and Berger & Montague, P.C., H. Laddie Montague, Jr., Esq., and Shanon J. Carson, Esq., 1622 Locust Street, Philadelphia, PA 19103-6365, by ordinary U.S. Mail, postage prepaid, this 30th day of December 2013.

*Donald Sanders*
Donald Sanders
Class Action Member