December 30, 2013

**CertainTeed Fiber Cement Siding Litigation,**

**MDL Docket No. 2270**

Listed below are my objections to the proposed settlement. I do not plan to attend the Final Approval Hearing, nor will I be hiring an attorney. This is for a single residential property.

1) Proposed settlement provides CertainTeed with a substantial discount off of their 50 year warranty on this product. For a 10 year old home, CertainTeed would be responsible for 79% on the cost of the material. Under the settlement they are only responsible for 40%. This difference could possibly cost the home owner an additional $500 - $1000.00 out of pocket.
2) NO funding consideration is mentioned for labor in the removal and disposal of the faulty material.
3) NO funding consideration is mentioned for the repair / replacement of any house wrap barrier material (Tyvek). This material has been compromised by hundreds of nail holes from the installation of the faulty siding. Having contacted DuPont Tyvek, they recommend that a second layer be applied over the compromised layer.

Please contact me with any questions you may have.

*[signature]*

Donald Maslan
N74W28827 Zimmers Crossing
Hartland, Wisconsin 53029
Home# 262-538-0462
Cell# 414-213-5526
Email: jmaslan@wi.rr.com