December 31, 2013

Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
Byrne Federal Courthouse
601 Market Street
Philadelphia, PA 19106-1797

PEPPER HAMILTON LLP
Robert L. Hickok, Esquire
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19102

AUDET & PARTNERS, LLP
Michael McShane, Esq.
221 Main Street, Suite 1460
San Francisco, CA 94105

BERGER & MONTAGUE, P.C.
H. Laddie Montague, Jr., Esq.
Shanon J. Carson, Esqquire
1622 Locust Street
Philadelphia, PA 19103-6365


In re: CertainTeed Fiber Cement Siding Litigation, MDL Docket No. 2270

I object to the settlement because it appears to prorate the cost of labor to install based on a
portion of useful life of the product.  The cost of labor to install the faulty siding and  then to
install again is not less because a faulty product was on my house for a few years.

I ask the court to consider a settlement that reflects the actual cost of labor of installing or
replacing the defective siding in addition to a depreciated use of the siding material.

I will not attend the Final Approval Hearing

Respectively,

Paul W. Ebbe
N2W31808 Twin Oaks Drive
Delafield, WI 53018

262-646-8868
graffebbe@centurytel.net


1005081