IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | CIV. NO. 11-MD-02270-TON<br><br>MDL DOCKET NO. 2270 |

## NOTICE OF APPEARANCE

Pursuant to the Notice of Settlement entered in this matter, notice is hereby given that Christopher M. Arfaa has entered his appearance on behalf of class members and objectors Amirali Jabrani, Janet Jabrani, and Real Homes, Inc. by filing their objection to the proposed settlement on December 31, 2013.

Respectfully submitted,

*/s/ Christopher M. Arfaa*
CHRISTOPHER M. ARFAA (Pa. Bar 57047)
Hawke McKeon & Sniscak LLP
100 N. 10th Street
Harrisburg, PA  17101
717.236.1300
Fax: 717.236.4841
cmarfaa@hmslegal.com

DATED:  January 9, 2014

## **CERTIFICATE OF SERVICE**

I, Christopher M. Arfaa, certifiy that on this day the foregoing document was filed electronically via the Court's ECF system. A Notice of Electronic Case Filing shall automatically be generated by the system, and shall be sent automatically to all parties entitled to service who have consented to electronic service. Electronic service of the Notice of Electronic Case Filing constitutes service of the filed document to all such parties and shall be deemed to satisfy the requirements of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. In addition, pursuant to the Notice of Settlement, on this day true and correct copies of the foregoing document were served on the following persons via first class U.S. Mail, postage prepaid:

> PEPPER HAMILTON LLP
> Robert L. Hickok, Esquire
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19102
>
> AUDET & PARTNERS, LLP
> Michael McShane, Esq.
> 221 Main Street, Suite 1460
> San Francisco, CA 94105
>
> BERGER & MONTAGUE, P.C.
> H. Laddie Montague, Jr., Esq.
> Shanon J. Carson, Esquire
> 1622 Locust Street
> Philadelphia, PA 19103-6365

*/s/ Christopher M. Arfaa*
CHRISTOPHER M. ARFAA

DATED:  January 9, 2014