IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION<br><br>THIS NOTICE RELATES TO ALL CASES | MDL DOCKET NO. 2270 |

### WITHDRAWAL OF OBJECTION

Class Member and Objector James Blake, Jr. hereby withdraws his Objections previously filed in this cause.

*/s/ Jeffrey Weinstein*

Jeffrey Weinstein
TX State Bar No. 21096450
WEINSTEIN LAW
518 East Tyler Street
Athens, TX 75751
903/677-5333
903/677-3657 – facsimile

**ATTORNEYS FOR OBJECTOR**

**Certificate of Service**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record on January 24, 2014, including the following:

Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
Byrne Federal Courthouse
601 Market Street
Philadelphia, PA 19106-1797

AUDET & PARTNERS, LLP
Michael McShane, Esq.
221 Main Street, Suite 1460
San Francisco, CA 94105

BERGER & MONTAGUE, P.C.
Laddie Montague, Jr., Esq.
Shanon J. Carson, Esquire

1

1622 Locust Street
Philadelphia, PA 19103-6365

PEPPER HAMILTON LLP
Robert L. Hickok, Esquire
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19102

_____
Jeffrey Weinstein