# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION. | MDL Docket No. 2270 |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## ON BEHALF OF OBJECTORS AMIRALI JABRANI,
## JANET JABRANI, AND REAL HOMES, INC.

PLEASE TAKE NOTICE: The undersigned counsel hereby withdraws his appearance on behalf of Objectors Amirali Jabrani, Janet Jabrani, and Real Homes, Inc. (collectively, the "Jabrani Objectors").

1. The undersigned was engaged as local counsel for the Jabrani Objectors by their main counsel, Christopher A. Bandas, Esq., for the limited, traditional local counsel function of ensuring compliance with local procedural rules and making filings.

2. The undersigned filed the Jabrani Objectors' objection to the proposed settlement on December 31, 2013.

3. A discovery dispute has arisen between Class Counsel and the Jabrani Objectors that requires specialized expertise and advocacy in certain aspects of class action settlement approval discovery procedure.

4. The expertise and advocacy required by the incipient discovery dispute is beyond the scope of the undersigned's engagement as local counsel for the Jabrani Objectors.

5. Mr. Bandas has informed the undersigned that he is in the process of obtaining substitute local counsel for the Jabrani Objectors and that he expects substitute local counsel to enter an appearance early next week.

6. Mr. Bandas has also informed the undersigned that he will deal directly with Class Counsel pending the entry of substitute local counsel's appearance.

7. It is the undersigned's understanding that under the foregoing circumstances leave of Court is not required under Local Rule 5.1(c) prior to withdrawal of an appearance on behalf of an objector. However, if leave is in fact required, it is hereby respectfully requested.

WHEREFORE, for all of the foregoing reasons, the undersigned respectfully withdraws his appearance on behalf of the Jabrani Objectors.

Respectfully submitted,

*Of Counsel:*
Christopher A. Bandas (not admitted in E.D. Pa.)
BANDAS LAW FIRM, P.C.
500 N. Shoreline, Suite 1020
Corpus Christi, Texas 78471
(361) 698-5200 (o)
(361) 698-5222 (f)
cbandas@bandaslawfirm.com

DATED: January 24, 2014

*/s/ Christopher M. Arfaa*
Christopher M. Arfaa (Pa. I.D. 57047)
HAWKE MCKEON & SNISCAK LLP
100 North 10th Street
Harrisburg, PA 17101
(717) 236-1300 x231 (office)
(717) 236-4841 (fax)
cmarfaa@hmslegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January, 2014, I filed the foregoing with the Court through the Court's CM/ECF system, which served all counsel of record registered to receive electronic service. In addition, I certify that I served a true and copy of the foregoing upon the following individual at the address below by first class mail, postage prepaid.

> Christopher A. Bandas
> BANDAS LAW FIRM, P.C.
> 500 N. Shoreline, Suite 1020
> Corpus Christi, Texas 78471

*/s/ Christopher M. Arfaa*
CHRISTOPHER M. ARFAA