# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CertainTeed Fiber Cement Siding Litigation )
)  MDL NO. 11-2270
This Document Relates to: All Actions )
)

**Affidavit of Special Process Server**

Received by McDowell and Associates on 1/21/2014 to be served on:

**Amirali Jabrani, Janet Jabrani & Real Homes, Inc.
2038 Moondance Ct.
O'Fallon, MO 63368**

I, M. Scott Biondo, being duly sworn, depose and say that I was unable to execute service in accordance with state statutes because of the following:

1. On 1/21/2014 at 5:14 p.m., I attempted to execute service at the residence listed above. Vehicle YB7-K5X was in the drive and the snow in the driveway was untouched indicated that no one has come or gone from the residence today. Despite the fact that there was a light on in the upstairs of the home, no one answered my continued knocking and ringing the doorbell. (Which I can hear from the outside)

2. I returned to the residence on 1/21/2014 at 6:45 p.m. to once again attempt service. A different light is now on upstairs. The above vehicle has not moved and the snow in the drive is untouched. Once again there is no answer to knocking or ringing the doorbell.

3. I returned to the residence on 1/21/2014 at 7:30 p.m. and 8:45 p.m.. Both upstairs lights were still on, however no one answered my continued knocking and ringing the doorbell.

4. On 1/22/2014, I returned to the residence at 2:01 p.m. to execute service. No one answered my continued knocking and ringing the doorbell.

5. On 1/23/2014 at 12:45 p.m. I attempted service at Janet Jabrani's last known business address, but the business was closed.

6. On 1/23/2014 at 5:15 p.m. I returned to the Jabrani residence. The window blinds that were previously closed are now open. There was no answer to my continued knocking and ringing the doorbell.

7. On 1/23/2014 at 6:45 p.m. I observed an adult male in the front right upstairs room of the residence. This individual was removing items from a dresser and placing them on what was likely the bed. As I ran to the front door of the residence to serve the subpoena this individual noticed my presence. In an effort to evade service, this individual turned off all the lights in the house and refused to answer my knocking and ringing the doorbell.

8. On 1/24/2014 at 12:17 p.m. I returned to the residence and my knocks and ringing of the doorbell were once again unanswered.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

ALICIA MISURACA
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 13909332
My Commission Expires December 15, 2017

Appointed in accordance
with State Statutes

Subscribed and Sworn to before me on this 24th day of January, 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

McDowell & Associates
1031 Lami Street
St. Louis, MO 63104
(314) 621-9300