IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CertainTeed Fiber Cement Siding Litigation : | |
| : | MDL NO. 11-2270 |
| This Document Relates to: All Actions : | |
| : | |

ORDER

AND NOW, on this  27  day of January, 2014, upon consideration of the Motion by Objector Gary Juelich for Protective Order Precluding His Deposition and Production of Documents, it is hereby ORDERED that the motion is DENIED. Objector Gary Juelich is ORDERED to appear for a deposition to begin at 9:00 a.m. unless otherwise agreed to by the parties, that will not exceed four hours in length, and that will take place no later than February 3, 2014, at a location to be agreed upon by the parties.

Dated: _____          _T. N. O'Neill_____
                                  O'Neill, J.