


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CertainTeed Fiber Cement Siding Litigation :

MDL NO. 2270

This Document Relates to: All Actions :

FILED
JAN 28 2014
MICHAEL E. KUNZ, Clerk
By ___TJD___ Dep. Clerk

## ORDER

AND NOW, this 28th day of January, 2014 upon consideration of Class Counsel's motion to compel depositions of objectors Michael Patota, Sherman Creek Condominium Association, Thomas Frank, Thomas Ligouri, Judy Ligouri and Scott Zeigler, it is ORDERED that said motion is GRANTED.

The objectors shall appear for depositions to begin at 9:00A.M. unless otherwise agreed to by the parties that will not exceed four hours in length and that will take place no later than February 3, 2014 at a location to be agreed upon by the parties.

_____
THOMAS N. O'NEILL, JR.,    J.