IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CertainTeed Fiber Cement Siding Litigation  :

This Document Relates to: All Actions   :

MDL NO. 2270

### ORDER

AND NOW, this 28th day of January, 2014 upon consideration of Class Counsel's motion to compel depositions of the Bandas objectors and Rule to Show Cause why the Bandas objectors should not be sanctioned, it is ORDERED that said motion is GRANTED.

The Bandas objectors shall appear for depositions to begin at 9:00A.M. unless otherwise agreed to by the parties that will not exceed four hours in length and that will take place no later than February 3, 2014 at a location to be agreed upon by the parties.

Judgment is reserved on the motion for sanctions.

_____
THOMAS N. O'NEILL, JR.,    J.