IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | CIV. NO. 11-MD-02270-TON |
| | MDL DOCKET NO. 2270 |
| This Order relates to: | |
| ALL CASES | |

## SUBSTITUTION OF LOCAL COUNSEL

Kindly enter the appearance of Gary P. Lightman, Esquire, and Glenn A. Manochi, Esquire, of the law firm of Lightman & Manochi and withdraw the appearance of Christopher M. Arfaa, Esquire, and the law firm of Hawke, McKeon & Sniscak LLP as local counsel for objectors Amirali Jabrini, Janet Jabrini and Real Homes, Inc.

HAWKE, MCKEON & SNISCAK LLP

By : /s/ Christopher M. Arfaa, Esquire
    Christopher M. Arfaa, Esquire
    cmarfaa@hmslegal.com
    100 North 10th St.
    Harrisburg, PA 17101
    (717) 236-1300
    (717) 236-4841 (fax)

LIGHTMAN & MANOCHI

By: _[signature]_
    Gary P. Lightman, Esquire
    garylightman@lighmanlaw.com
    Glenn A. Manochi, Esquire
    gmanochi@lightmanlaw.com
    1520 Locust Street, 12th Floor
    Philadelphia, PA 19102
    (215) 545-3000
    (215) 545-3001 (fax)

Date: January 30, 2014

Date: January 30, 2014