IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTAINTEED FIBER CEMENT　　　　MDL DOCKET NO. 2270
SIDING LITIGATION

**This pleading relates to:**

    ALL CASES

**************************************************************************

## WITHDRAWAL OF OBJECTIONS

Class Members and Objectors Michael Patota, Thomas Frank, Sherman Creek Condominium Association, through its Officer-at-Large, Jerome Kaphingst, Scott Zeigler, and Thomas and Judy Ligouri, through undersigned counsel, hereby withdraw their Combined Objections previously filed in this cause.

    Respectfully submitted,

    */s/ Christopher L. Coffin*
    Christopher L. Coffin – LSBA#27902
    Stan P. Baudin - LSBA#22937
    Pendley, Baudin & Coffin, LLP
    24110 Eden Street
    Plaquemine, LA 70764
    Telephone: (225) 687-6396
    Facsimile: (225) 687-6398

    **Counsel for the Objectors**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 3RD day of February, 2014, a copy of the above and foregoing pleading was served upon the following counsel by the CM/ECF filing system:

Clerk of the Court
United States District Court for the Eastern District of
Pennsylvania Byrne Federal Courthouse
601 Market Street
Philadelphia, PA 19106-1797

AUDET &PARTNERS,LLP
Michael McShane, Esq.
221 Main St. Suite 1460
San Francisco, CA 94105

BERGER & MONTAGUE,P.C.
Laddie Montague, Jr., Esq.
Shanon J. Carson, Esquire
1622 Locust St.
Philadelphis, PA 19103-6365

PEPPER HAMILTON, L.L.P.
Robert L. Hickok, Esquire
3000 Two Logan Square
18th and Arch St.
Philadelphia, PA 19102

               */s/ Christopher L. Coffin*
               Christopher L. Coffin