IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | CIV. NO. 11-MD-02270-TON |
| THIS DOCUMENT RELATES TO: | MDL DOCKET NO. 2270 |
| ALL CASES | |

## NOTICE OF ATTENDANCE FOR DEPOSITION

Objectors Amirali Jabrani, Janet Jabrani, and Real Homes, Inc. (collectively, the "Jabrani Objectors"), through undersigned counsel, notify the Court that, on February 3, 2014, each voluntarily appeared for deposition at the St. Louis, Missouri offices of their attorney, Pete Woods, Esquire. On that date, class counsel, Matthew Gaughan, Esquire, took and concluded the deposition of each of the Jabrani Objectors.

LIGHTMAN & MANOCHI

DATED: February 5, 2014     By: _____
Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
(215) 545-3000

Local counsel for Objectors
Amirali Jabrani, Janet Jabrani,
and Real Homes, Inc.

E:\JABRANI \CERTAINTEED\ DOCS\NOTICE OF ATTENDANCE FOR DEPO 2-5-14.DOC
2006-091

## CERTIFICATE OF SERVICE

I, Glenn A. Manochi, certify that on this day the foregoing document was filed electronically via the Court's ECF system. A Notice of Electronic Case Filing shall automatically be generated by the system, and shall be sent automatically to all parties entitled to service who have consent to electronic service. Electronic service of the Notice of Electronic Case Filing constitutes service of the filed document to all such parties and shall be deemed to satisfy the requirements of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. In addition, on this day true and correct copies of the foregoing document were served on the following persons via first class U.S. Mail, postage prepaid:

PEPPER HAMILTON LLP
Robert L. Hickok, Esquire
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19102

AUDET & PARTNERS, LLP
Michael McShane, Esq.
221 Main Street, Suite 1460
San Francisco, CA 94105

BERGER & MONTAGUE, P.C.
H. Laddie Montague, Jr., Esq.
Shanon J. Carson, Esquire
1622 Locust Street
Philadelphia, PA 19103-6365

LEVIN FISBEIN SEDRAN & BERMAN
Charles E. Schaffer, Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106

_____
GLENN A. MANOCHI

DATED: February 5, 2014