IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re CertainTeed Fiber Cement Siding Litigation | MDL Docket No. 2270 |
| | Case No. 2:11-md-02270-TON |
| This Document Relates to: All Actions | |

### NOTICE OF WITHDRAWAL OF OBJECTION BY GARY JUELICH

Plaintiff, Settlement Class Member, Objector Gary Juelich hereby withdraws his objection [D.E. #40, #94] previously filed in this cause.

Dated: February 13, 2014

Respectfully submitted,

/s/ John Steward
John Steward
Steward Law Firm, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-571-7134
Fax 314-594-5950
Glaw123@aol.com

Stephen F. Meyerkord
Geoffrey S. Meyerkord
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-4700
sfm@meyerkordlaw.com
gsm@meyerkordlaw.com

**Counsel for Gary Juelich**

**Certificate of Service**

   The undersigned hereby certifies that on February 13, 2014, a true and correct copy of the foregoing was filed with the Court through the Court's CM/ECF system which served all counsel of record. Additionally, the forgoing was sent via email on this 13th day of February, 2014, to:

AUDET & PARTNERS, LLP
Michael McShane, Esquire    mmcshane@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105

BERGER & MONTAGUE, P.C.
Shanon J. Carson, Esquire    scarson@bm.net
1622 Locust Street
Philadelphia, PA 19103

PEPPER HAMIL TON LLP
Robert L. Hickok, Esquire    hickokr@pepperlaw.com
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Michael Flannery    mflannery@cuneolaw.com
Cuneo Gilbert & LaDuca, LLP
300 North Tucker Boulevard
No. 801
St. Louis, MO 63101

            /s/ John Steward