IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | : : : : | CIV. NO. 11-MD-02270-TON<br><br>MDL DOCKET NO. 2270 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | : : : : | |

**THE JABRANI OBJECTORS' MOTION FOR AN AWARD OF
ATTORNEY'S FEES AND COSTS AND AN INCENTIVE PAYMENT**

Objectors Amirali Jabrani, Janet Jabrani, and Real Homes, Inc. (collectively, the "Jabranis") file their Motion for an Award of Attorney's Fees and Costs and an Incentive Payment (the "Motion"). For the reasons set forth in Memorandum of Law in Support of the Motion, the Declarations of Christopher A. Bandas, Esquire, Peter C. Woods, Esquire, and Glenn A. Manochi, Esquire each in support of the Motion, and the Declaration and Expert Report of Theodore H. Frank in Support of the Motion, the Jabranis request that the Court grant the Motion in its entirety.

WHEREFORE, the Jabranis respectfully request that the Court grant their Motion, award them $140,000.00 in attorney's fees and costs and incentive payments of $2,000.00 each and that the Court grant such other and further relief as the Court deems just and proper.

DATED: April 3, 2014

LIGHTMAN & MANOCHI

By: _____
Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
(215) 545-3000

Counsel for Amirali Jabrani, Janet
Jabrani and Real Homes, Inc.

## CERTIFICATE OF SERVICE

I, Glenn A. Manochi, certify that on this day the foregoing Motion, together with the Memorandum of Law in Support of the Motion and the Declarations Christopher A. Bandas, Esquire, Peter C. Woods, Esquire and Glenn A. Manochi, Esquire, each in Support of the Motion, and the Declaration and Expert Report of Theodore H. Frank in Support of the Motion were filed electronically via the Court's ECF system. A Notice of Electronic Case Filing shall automatically be generated by the system and shall be sent automatically to all parties entitled to service who have consent to electronic service. Electronic service of the Notice of Electronic Case Filing constitutes service of the filed document to all such parties and shall be deemed to satisfy the requirements of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. In addition, on this day true and correct copies of the foregoing document were served on the following persons via email:

PEPPER HAMILTON LLP
Robert L. Hickok, Esquire
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19102

BERGER & MONTAGUE, P.C.
H. Laddie Montague, Jr., Esq.
Shanon J. Carson, Esquire
1622 Locust Street
Philadelphia, PA 19103-6365

AUDET & PARTNERS, LLP
Michael McShane, Esq.
221 Main Street, Suite 1460
San Francisco, CA 94105

LEVIN FISHBEIN SEDRAN & BERMAN
Charles E. Schaffer, Esquire
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dated: April 3, 2014

_____
GLENN A. MANOCHI

E:\JABRANI - CERTAINTEED\CERTAINTEED\DOCS\MOTION FOR AN AWARD 14-4-3.DOCX
2006-091

2