IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | : <br> : MDL NO. 2270 <br> : |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | : <br> : <br> : |

## ORDER

AND NOW, this 21st day of May, 2014, it is ORDERED that in accordance with this Court's Order of March 20, 2014 approving the class action settlement, the Clerk of Court is directed to close the following cases:

1. Clavette, et al v. CertainTeed Corporation, et al, Civil Action No. 10-6978

2. Orieux v. CertainTeed Corporation, et al, Civil Action No. 11-234

3. Epsen v. CertainTeed Corporation, et al, Civil Action No. 11-269

4. Wiedmeyer v. CertainTeed Corporation, et al, Civil Action No. 11-317

5. Grube v. CertainTeed Corporation, et al, Civil Action No. 11-5162

6. Robards, et al v. CertainTeed Corporation, et al, Civil Action No. 11-5442

7. Tesoriero v. CertainTeed Corporation, et al, Civil Action No. 11-5665

8. Patota v. CertainTeed Corporation, et al, Civil Action No. 11-5666

9. Juelich v. CertainTeed Corporation, et al, Civil Action No. 12-1589

10. Hocutt, et al v. CertainTeed Corporation, et al, Civil Action No. 12-2174

11. Hardig, et al v. CertainTeed Corporation, et al, Civil Action No. 12-2175

12. Frank, et al v. CertainTeed Corporation, et al, Civil Action No. 12-4375

13. Swanson v. CertainTeed Corporation, et al, Civil Action No. 12-4934

14. Dibley v. CertainTeed Corporation, et al, Civil Action No. 12-4935

15. Cheung v. CertainTeed Corporation, et al, Civil Action No. 12-7136

16. Sherman, et al v. CertainTeed Corporation, et al, Civil Action No. 13-682

17. Saunders, et al v. CertainTeed Corporation, et al, Civil Action No. 13-683

18. Tai, et al v. CertainTeed Corporation, et al, Civil Action No. 13-684

19. Ligouri, et al v. CertainTeed Corporation, et al, Civil Action No. 13-3454

*T. N. O'Neill*

THOMAS N. O'NEILL, JR., J.