IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CERTAINTEED FIBER CEMENT | : | |
| SIDING LITIGATION | : | MDL Docket No. 2270 |
| | : | |
| This document relates to: | : | |
| ALL CASES | : | |

## **ORDER**

AND NOW, this 27th day of May, 2014, upon consideration of plaintiffs' motion to require an appeal bond (Dkt. No. 128) and the Jabrani objectors' response in opposition thereto (Dkt. No. 131), and consistent with the accompanying memorandum of law, it is ORDERED that plaintiffs' motion is GRANTED and the Jabrani Objectors shall, on or before June 13, 2014, post an appeal bond for $5,000 to secure payment of the plaintiffs' costs on appeal.

                                                       *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR., J.