# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-1882

CertainTeed Fiber Cement, et al

(Originating Case No. 2-11-md-02270)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b). Costs are to be paid as specified in the agreement. A certified copy of this order is issued in lieu of a formal mandate. The motion by Theodore H. Frank, Esq. to withdraw as counsel for appellants is granted. As the appeal is being dismissed, no action shall be taken on the pending motions for summary action and for sanctions.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


Date: August 11, 2014

cc:
Christopher A. Bandas Esq.
Shanon J. Carson Esq.
Theodore H. Frank Esq.
Robert L. Hickok Esq.
Leah G. Katz Esq.
Gary P. Lightman Esq.
Glenn A. Manochi Esq.
H. Laddie Montague Jr. Esq.
Anthony C. Vale Esq.

**A True Copy**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.