IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | : : : | MDL Docket No. 2270 |
| This document relates to: | : : | |
| VAIL LIONSHEAD CONDOMINIUM ASSOCIATION | : : : : | |
| v. | : : | |
| CERTAINTEED CORPORATION No. 13-cv-5182 (E.D. Pa.) | : : | |

## **ORDER**

AND NOW, this 23rd day of September 2014, it is ORDERED that, after consideration of the request for remand by Vail Lionshead Condominium Association, a/k/a Lodge at Lionshead Phase I Condominium Association and Lionshead Condominium Association Phase II, a/k/a Lodge at Lionshead Phase II Condominium Association (Dkt. No. 34), the Court suggests that Vail Lionshead Condominium Association v. CertainTeed Corporation , No. 13-cv-5182, be remanded by the Judicial Panel for Multidistrict Litigation to its transferor district court, the U.S. District Court for the District of Colorado.

It is FURTHER ORDERED that the Clerk of the Court provide a copy of this Order to the Clerk of the U.S. District Court for the District of Colorado and to the Clerk of the Judicial Panel for Multidistrict Litigation.

                                                  *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.