IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | CIV. NO. 11-MD-02270-TON |
| | MDL DOCKET NO. 2270 |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

**UNOPPOSED MOTION OF CLASS ACTION OBJECTORS AMIRALI AND JANET JABRANI AND REAL HOMES, INC. FOR RETURN OF APPEAL SECURITY**

Class Action Objectors Amirali and Janet Jabrani and Real Homes, Inc. (collectively, the "Jabranis") hereby respectfully move this Court for an order which returns the appeal security filed in this action in the amount of $5,000.00. In support thereof, the Jabranis state:

1. On April 29, 2014, Plaintiffs filed a Motion to Require an Appeal Bond (Dkt. #128).

2. On May 27, 2014 the Court issued an Order Granting Plaintiffs' Motion to Require an Appeal Bond (Dkt. #137) in the amount of $5,000.00.

3. On or about May 30, 2013, Christopher A. Bandas, Esquire, on behalf of the Jabranis, paid into Court the sum $5,000.00 as security for the appeal.

4. On August 9, 2014, the Jabranis filed an Unopposed Motion to Dismiss Appeal in the United States Court of Appeals for the Third Circuit. A true and correct copy of that motion is attached hereto as Exhibit "A."

5. On August 11, 2014 the Third Circuit issued an Order granting the Jabranis' Unopposed Motion to Dismiss Appeal. A true and correct copy of the Third Circuit's order is attached hereto as Exhibit "B."

6. As the appeal has been concluded, there is no reason for the Court to continue to hold the $5,000.00 amount.

7. Class counsel Charles E. Schafer, Esquire, and counsel for the Defendants, Robert L. Hickok, Esquire, are not opposed to the relief requested in this motion.

WHEREFORE, class action objectors Amirali and Janet Jabrani and Real Homes, Inc. respectfully request that the Court grant this motion and order release the $5,000.00 appeal security to their attorney Christopher A. Bandas, Esquire, and that the Court grant such other and further relief as it deems just and proper.

Dated: October 22, 2014

Respectfully submitted,

*[signature]*

GARY P. LIGHTMAN
GLENN A. MANOCHI

LIGHTMAN & MANOCHI
Gary P. Lightman
garylightman@lightmanlaw.com
Glenn A. Manochi
gmanochi@lightmanlaw.com
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
215-545-3000
215-545-3001 (fax)

*Attorneys for Objectors Amirali Jabrani,
Janet Jabrani and Real Homes, Inc.*

## CERTIFICATE OF CONFERENCE

Counsel for the Class, Charles E. Schafer and counsel for the Defendants, Robert L. Hickok, are not opposed to the relief requested in this motion.

_____
GLENN A. MANOCHI