IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | CIV. NO. 11-MD-02270-TON |
| THIS ORDER RELATES TO: | MDL DOCKET NO. 2270 |
| ALL CASES | |

FILED
OCT 22 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 22 day of Oct., 2014, upon consideration of the unopposed motion of Class Action Objectors Amirali and Janet Jabrani and Real Homes, Inc. (the "Jabranis") for the return of the $5,000 appeal security filed as part of their appeal, and the Court having considered the motion papers, and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Clerk of the Court shall return to the Jabranis' counsel, Christopher A. Bandas, Esquire, at his 500 N. Shoreline, Suite 1020, Corpus Christi, Texas 78401 address, the sum of $5,000.00 within ten (10) days of the date of this Order.

*T.N. O'Neill*

Thomas N. O'Neill, Jr., U.S.D.J.

ENTERED
OCT 22 2014
CLERK OF COURT